828 A.2d 1006

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raymond REED, Petitioner.**

Supreme Court of Pennsylvania.

July 21, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of July, 2003, the Petition for Allowance of Appeal is **GRANTED.** Petitioner alleged a manifestly unreasonable and excessive sentence, supported by a Pa.R.A.P 2119(f) statement to the Superior Court, but was denied review pursuant to *Commonwealth v. Burton,* 770 A.2d 771 (Pa.Super.2001) (claim of excessiveness fails to raise substantial question when within statutory limits). The order of the Superior Court is **VACATED,** and this case is **REMANDED** for review consistent with *Commonwealth v. Mouzon,* 571 Pa. 419, 812 A.2d 617 (2002) (Opinion Announcing Judgment of the Court). Jurisdiction relinquished.